

**NUMBERS 13-12-00713-CR & 13-12-00714-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**GABRIEL LOPEZ,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

---

**On appeal from the 103rd District Court
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Gabriel Lopez, attempts to appeal a conviction for theft arising from trial court cause number 2012-DCR-1403-D, docketed in our Court as cause number 13-12-00713-CR, and a conviction for burglary of vehicles arising from trial court cause number 2012-DCR-2065-D, docketed in our Court as cause number 13-12-00714-CR. In each of these cases, the trial court has certified that the defendant has waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On December 4, 2012, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the records; (2) determine whether appellant has a right to appeal in either cause; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On December 14, 2012, counsel filed a letter brief with this Court for each of these causes. Counsel's response does not establish: (1) that the certifications currently on file with this Court are incorrect, or (2) that appellant otherwise has a right to appeal in either cause.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED. Any pending motions are denied as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
31st day of January, 2013.